United States District Court
Southern District of Texas
**ENTERED**
February 15, 2019
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC. Plaintiff, | § § § | |
| v. | § § | C.A. NO. 4:19-cv-0476 Admiralty Rule 9(h) |
| TUG BOUCHARD GIRLS (TUG) her engines, tackle, boilers, etc. *in rem,* | § § § | |
| v. | § § | |
| TUG BOUCHARD GIRLS CORP., and BOUCHARD TRANSPORTAION Co, Inc. Defendants | § § § § | |

## ORDER OF DISMISSAL

This case has been settled. The above numbered cause of action, and all counterclaims, and cross-claims that have been, or could have been, filed in this case are dismissed with prejudice, with each party to bear their respective costs of court and attorney's fees.

SIGNED at Beaumont, Texas on this _____ day of _____ 2019.

_____
UNITED STATES DISTRICT JUDGE